FORM VAN–094a

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                  Case No.: 2:10–bk–07458–SSC

JUDY ANN JOHANSEN                 Chapter: 7
1419 E. STANFORD AVENUE
GILBERT, AZ 85234
**SSAN:** xxx–xx–0978
**EIN:**

Debtor(s)

## ORDER RE: NON–PAYMENT OF REQUIRED FILING FEE

MARK S BOSCOhas filed the following document without payment of the full filing fee required by 28 USC Section 1930(b).

- ☐ $26.00 Fee for filing an Amendment to the Mailing List or Debtors(s) Schedules of creditors, Schedule D, E or F. Amendments which incur the filing fee include; adding creditors, deleting creditors, or changing the amount or classification of a debt.

- ☑ $150.00 Fee for filing a Motion: for Relief from Stay; to Terminate, Annul, Condition or Modify the Stay; to Compel Abandonment; or to Withdraw the Reference of a Case or Proceeding.

- ☐ $15.00 Fee for a Creditor or Trustee filing a Motion to Convert a Chapter 11 Case to Chapter 7; $25.00 Fee for a Motion to Convert a Chapter 13 Case to Chapter 7; and $60.00 Fee for a Motion to Convert a Chapter 12 Case to Chapter 7.

- ☐ $260.00 Fee for Chapter 7 cases; $235.00 Fee for Chapter 13 cases; and $1000.00 Fee for Chapter 11 and Chapter 15 Cases for filing a Motion to Reopen a Closed Case.

- ☐ $39.00 Fee for filing any paper not in a case or proceeding for which a filing fee has been paid, including Registering a Judgement from another District.

–– Order continued on 2nd page ––

IT IS ORDERED that the document is deemed lodged, not filed, and that no further action shall be taken by the court on such document until the full filing fee has been paid.

IT IS FURTHER ORDERED that if the case trustee is the filing party that the document shall be deemed lodged, not filed, and that no further action shall be taken by the court until the trustee either pays the filing fee or files a statement that there are insufficient funds in the estate to pay the filing fee. The trustee shall then pay the filing fee as soon as estate funds are available.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** April 14, 2010    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**    HONORABLE Sarah Sharer Curley
U.S. Bankruptcy Court, Arizona    United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**DO NOT SEND CASH BY MAIL; MAKE CASHIER'S CHECK OR MONEY ORDER PAYABLE TO:
CLERK, U.S. BANKRUPTCY COURT**